KEVIN FENNICK *vs.* JOSEPH KITTREDGE. December 30, 2011. *Supreme Judicial Court,* Superintendence of inferior courts.

Kevin Fennick appeals from a judgment of a single justice of this court denying his petition under G. L. c. 211, § 3. This case is substantially identical to *Fennick* v. *Kittredge*, 460 Mass. 1012 (2011). For the reasons stated therein, Fennick has established no entitlement to extraordinary relief.

*Judgment affirmed.*

---

The case was submitted on the papers filed, accompanied by a memorandum of law.

*Kevin Fennick*, pro se.